USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROCHE MOLECULAR SYSTEMS, INC.,
                      Plaintiff

        - against -

DXS LIMITED,

                  Defendant.
------------------------------------------------------------X

10 C 1113 (RPP)

**OPINION AND ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The hearing in this case scheduled for Monday, March 22, 2010 at 10 a.m. is an evidentiary hearing. The Court intends to consolidate the hearing on the preliminary injunction with a trial on the merits, per Federal Rule of Civil Procedure 65(a)(2).

IT IS SO ORDERED.

Dated: New York, New York
         March 17, 2010

                                            Robert P. Patterson, Jr.

                                                U.S.D.J.

Copies of this order were faxed to:

**Robert J. Gunther , Jr, Alexandra Bridget McTague, Dyan Finguerra-DuCharme, Omar Ali Khan, and Peter J. Macdonald**
Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)
399 Park Avenue
New York , NY 10022
(212)230-8800
Fax: (212)230-8888

**Dominic Joseph Picca, H. Joseph Hameline, Eoin P. Beirne, Matthew C. Hurley, and Meredith M. Leary**
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.(NYC)
Chrysler Center
666 Third Avenue
New York , NY 10017
(212)-692-6859
Fax: (212)-983-3115