UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROCHE MOLECULAR SYSTEMS, INC.,
                              Plaintiff

      - against -

DXS LIMITED,

                              Defendant.
-----------------------------------------------------------X

10 C 1113 (RPP)

**OPINION AND ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

In response to the letters from counsel for Defendant and Plaintiff, dated March 16 and 17, 2010, the hearing in this case is scheduled for Monday, March 22, 2010 beginning at 10 a.m. It is an evidentiary hearing on a motion for preliminary injunction and may last several days. Since there are factual issues in dispute, the Defendant's position that it only expected to present oral argument is untenable. Deputy clerks who are not aware of the nature and scope of the motion do not speak for the Court. If the parties agree to have an early trial on the merits and combine it with the preliminary injunction hearing, they may so stipulate by Friday, March 19, 2010. If they do not agree, the preliminary injunction hearing will be held on Monday, March 22, 2010 as scheduled and the Court will scheduled an expedited trial on the merits for a later date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/10

IT IS SO ORDERED.

Dated: New York, New York

March 18, 2010

                                                                          _____

                                                                          Robert P. Patterson, Jr.

                                                                          U.S.D.J.

Copies of this order were faxed to:

**Robert J. Gunther, Jr, Alexandra Bridget McTague, Dyan Finguerra-DuCharme, Omar Ali Khan, and Peter J. Macdonald**
Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022
(212)230-8800
Fax: (212)230-8888

**Dominic Joseph Picca, H. Joseph Hameline, Eoin P. Beirne, Matthew C. Hurley, and Meredith M. Leary**
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.(NYC)
Chrysler Center
666 Third Avenue
New York, NY 10017
(212)-692-6859
Fax: (212)-983-3115